1  JOSHUA E. KIRSCH (179110)
   GIBSON ROBB & LINDH LLP
2  201 Mission Street, Suite 2700
   San Francisco, California  94105
3  Telephone:      (415) 348-6000
   Facsimile:       (415) 348-6001
4  Email:            jkirsch@gibsonrobb.com

5  Attorneys for Plaintiffs
   H & N GROUP, INC.,
6  EXPACK SEAFOOD, INC.,
   and ZURICH AMERICAN INSURANCE
7  COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H & N GROUP, INC., a corporation; EXPACK SEAFOOD, INC., a corporation; and ZURICH AMERICAN INSURANCE COMPANY, a corporation;<br><br>Plaintiffs,<br><br>v.<br><br>HAPAG-LLOYD AKTIENGESELLSCHAFT, a foreign corporation; and HAPAG-LLOYD (AMERICA) INC.,<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR DAMAGE TO OCEAN CARGO**<br>_____<br><br>(Damages in the sum of $80,153.10) |

Plaintiffs' complaint follows:

1. Plaintiffs EXPACK SEAFOOD, INC., a New Jersey corporation, and H & N GROUP, INC., a California corporation (collectively "EXPACK") and ZURICH AMERICAN INSURANCE COMPANY ("ZURICH"), are now, and at all times herein material were, corporations duly organized and existing by virtue of law.  Plaintiffs EXPACK are and were part of the same corporate group and were the owners of the hereinafter described shipment.  Plaintiff ZURICH is a New York corporation and was the insurer of said shipment.

/ / /

2. Plaintiffs are informed and believe, and on the basis of that information and belief allege that, HAPAG-LLOYD AKTIENGESELLSCHAFT, a foreign corporation, with its principal place of business located in Germany; and HAPAG-LLOYD (AMERICA) INC., a Delaware corporation, (collectively "HAPAG-LLOYD"), are now and at all times herein material were engaged in business as a common carriers for hire within the United States and within this judicial district.

3. Plaintiffs' complaint contains a cause of action for damage to cargo arising under a statute of the United States, namely the Carriage of Goods by Sea Act, 46 U.S.C. § 30701 et seq., and is therefore within the jurisdiction of this Court pursuant to 28 U.S.C. § 1331, as more fully appears herein. Additionally, the Court has admiralty jurisdiction pursuant to 28 U.S.C. § 1333. Venue is proper under 28 U.S.C. § 1391(b).

4. This is a cause of action for damage to ocean cargo, and is an admiralty and maritime claim within the meaning of Rule 9(h), Federal Rules of Civil Procedure, as hereinafter more fully appears.

5. Plaintiffs are informed and believe, and on the basis of such information and belief allege that, on or about May 31, 2013, at Guayaquil, Ecuador, HAPAG-LLOYD received a cargo of 2,407 cartons of frozen shrimp, for carriage under bill of lading number HLCUGYE130547863, and others, issued by and/or on behalf of said defendants. HAPAG-LLOYD agreed, under contract of carriage and in return for good and valuable consideration, to carry said cargo from Guayaquil, to Houston, Texas, at a temperature of -18° Celsius, and there deliver said cargo to the lawful holder of the aforementioned bill of lading, and others, in the same good order, condition, and quantity as when received.

6. Thereafter, in breach of and in violation of said agreement, HAPAG-LLOYD did not deliver said cargo in the same good order, condition, and quantity as when received at Guayaquil. To the contrary, the temperature of the cargo was not maintained at the agreed temperature, as a result of which HAPAG-LLOYD delivered the shrimp at destination in a damaged condition. As a result, the value of the cargo depreciated in the amount of $80,153.10.

///

1    7. Prior to the shipment of the herein described cargo and prior to any loss thereto, plaintiff ZURICH issued its policy of insurance whereby plaintiff ZURICH agreed to indemnify EXPACK, and their assigns, against loss of or damage to said cargo while in transit, including mitigation expenses, and plaintiff ZURICH has therefore become obligated to pay, and has paid to the person entitled to payment under said policy the sum of $75,153.10, not including EXPACK's deductible interest of $5,000.00, of on account of the herein described loss.

8. Plaintiffs have therefore been damaged in the sum of $80,153.10, or another amount according to proof at trial, no part of which has been paid, despite demand therefor.

WHEREFORE, plaintiffs pray that this Court enter judgment in their favor and against the defendants; that this Court decree payment by defendants to plaintiffs in the sum of $80,153.10, together with prejudgment interest thereon and costs of suit herein; and that plaintiffs have such other and further relief as in law and justice they may be entitled to receive.

Dated: December 19, 2013          Respectfully submitted,

                                  GIBSON ROBB & LINDH LLP


                                  By:   /s/ JOSHUA E. KIRSCH
                                        Joshua E. Kirsch
                                        Attorneys for Plaintiff
                                        EXPACK SEAFOOD, INC., H&N
                                        GROUP, INC. and ZURICH AMERICAN
                                        INSURANCE COMPANY