UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| H & N GROUP, INC., et al., | No. C 13-5902 MEJ |
| Plaintiffs, | **ORDER RE: ATTENDANCE AT MEDIATION** |
| v. | |
| HAPAG-LLOYD, et al., | Date: August 1, 2014 |
| Defendants. | Mediator: Eric Danoff |

IT IS HEREBY ORDERED that the request to excuse Plaintiff Zurich American Insurance Company's corporate representative from appearing in person at the August 1, 2014, mediation before Eric Danoff is GRANTED. However, the Court advises that it is unlikely to grant such requests in the future should this case fail to settle at the August 1, 2014, mediation.

IT IS SO ORDERED.

July 23, 2014          By: _____
Dated                         Elizabeth D. Laporte
                              United States Chief Magistrate Judge